IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00947-REB-MJW

KATHY WILEY,

Plaintiff(s),

v.

GLOBAL CREDIT & COLLECTION CORPORATION,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order, DN 9, filed with the Court on July 18, 2008, is GRANTED and the tendered Protective Order is approved and made an Order of the Court.

Date: July 21, 2008