# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00947-REB-MJW

KATHY WILEY,

      Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORPORATION, a Delaware corporation,

      Defendant.

---

## ORDER (Docket No. 14)

---

This matter is before the COURT on Plaintiff's Motion to Compel the Defendant's Fed.R.Civ.P. 26(a)(1) Initial Disclosures pursuant to Fed.R.Civ.P. 26 and 37. Having carefully considered the Motion, response, related filings and all applicable legal authorities, and being fully advised in the premises, I GRANT the Motion and FIND and ORDER as follows:

1. That Fed.R.Civ.P. 26(a)(1) requires the Defendant to disclose the home addresses, home telephone numbers and cellular telephone numbers for all individuals disclosed by the Defendant under the Rule.

2. That the Defendant has not complied with Fed.R.Civ.P. 26(a)(1) by failing to properly disclose Robert Wills, Corey Williams, Donnas Yohannes, Aleisa Smith and Daniele Depaolis in accordance with the Rule.

3. That the Defendant shall provide the home addresses, home telephone numbers or ~~and~~ cellular telephone numbers for Jerard Selestien, Manny Zeligman, Robert Wills, Corey Williams, Donnas Yohannes, Aleisa Smith and Daniele Depaolis to Plaintiff's counsel in accordance with Fed.R.Civ.P. 26(a)(1) and 26(e)(1) within ~~5~~ 7 days of this Order.

Dated this 31st day of ~~August~~ July, 2008.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE